Mark E. Ellis - 127159
Andrew M. Steinheimer - 200524
ELLIS LAW GROUP LLP
740 University Avenue, Suite 100
Sacramento, CA 95825
Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ellislawgrp.com
asteinheimer@ellislawgrp.com

Attorneys for Defendant ACTION PROFESSIONALS, INC.

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY SCHOTT,<br><br>  Plaintiff,<br><br>v.<br><br>ACTION PROFESSIONALS, INC.,<br><br>  Defendant. | Case No.: 2:15-cv-05059 MWF PJWx<br><br>**STIPULATION AND JOINT MOTION TO DISMISS ENTIRE ACTION; AND ORDER** |

- 1 -

STIPULATION AND JOINT MOTION TO DISMISS ENTIRE ACTION; AND ORDER

TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF RECORD:

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), the parties hereby stipulate and agree that the entire action and all claims asserted therein are hereby to be DISMISSED WITH PREJUDICE and each side to bear their own fees and costs.

Dated: May 9, 2016

ELLIS LAW GROUP LLP

By */s/ Andrew Steinheimer*
Andrew M. Steinheimer
Attorney for Defendant
ACTION PROFESSIONALS, INC.

Dated: May 9, 2016

KAZEROUNI LAW GROUP

By */s/ Matthew Loker*
Matthew M. Loker
Attorney for Plaintiff
KIMBERLY SCHOTT

## ORDER

Pursuant to the parties' stipulation, the case is hereby dismissed with prejudice.

Dated: _May 9, 2016

Hon. Michael W. Fitzgerald
United States District Court Judge

STIPULATION AND JOINT MOTION TO DISMISS ENTIRE ACTION; AND ORDER